### IN THE UNITED STATES BANKRUPTCY COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Sullivan, Timothy P

Printed: 12/10/08

Case Number:  05 B 45091
Judge:  Wedoff, Eugene R
Filed:  10/6/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:       Completed:  December 5, 2008
Confirmed:  January 5, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 6,624.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 3,853.22 |
| Priority: | | 493.16 |
| Administrative: | | 1,900.00 |
| Trustee Fee: | | 377.62 |
| Other Funds: | | 0.00 |
| Totals: | 6,624.00 | 6,624.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Macey & Aleman | Administrative | 1,900.00 | 1,900.00 |
| 2. | Ford Motor Credit Corporation | Secured | 0.00 | 0.00 |
| 3. | Internal Revenue Service | Priority | 1,443.38 | 493.16 |
| 4. | Internal Revenue Service | Unsecured | 179.34 | 297.83 |
| 5. | First Consumers National Bank | Unsecured | 105.99 | 176.03 |
| 6. | Ford Motor Credit Corporation | Unsecured | 1,003.06 | 1,665.82 |
| 7. | Ford Motor Credit Corporation | Unsecured | 859.12 | 1,426.75 |
| 8. | Jefferson Capital | Unsecured | 85.26 | 141.60 |
| 9. | RoundUp Funding LLC | Unsecured | 87.43 | 145.19 |
| 10. | AT&T Wireless | Unsecured | | No Claim Filed |
| | | | $ 5,663.58 | $ 6,246.38 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 71.54 |
| 5% | 14.52 |
| 4.8% | 27.83 |
| 5.4% | 129.95 |
| 6.5% | 84.01 |
| 6.6% | 49.77 |
| | $ 377.62 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Sullivan, Timothy P

Printed: 12/10/08

Case Number:  05 B 45091
Judge:  Wedoff, Eugene R
Filed:  10/6/05

Based on the above information, the trustee requests that the court enter an order discharging the
trustee, releasing the trustee's surety from liability for actions relating to the above proceedings,
closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

